UNITED STATES of America,
Plaintiff—Appellee,

v.

Antonio DE LA TORRE, a/k/a
Oscar Marquez–Pena; et al.,
Defendant—Appellant.

No. 03–10568.

D.C. No. CR–03–00140–FJM.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 20, 2004.

Joseph Edward Koehler, Asst. U.S. Atty., Phoenix, AZ, for Plaintiff–Appellee.

Atmore L. Baggot, Atmore Baggot, Attorney at Law, Apache Junction, AZ, for Defendant–Appellant.

Before PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM**

Antonio De La Torre appeals the 46-month sentence imposed by the district

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

court following his guilty-plea conviction for re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291.

De La Torre waived his right to appeal because the sentence imposed was fully consistent with the terms of the plea agreement. *See, e.g., United States v. Schuman,* 127 F.3d 815, 818 (9th Cir.1997) (per curiam) (dismissing appeal because appellant waived his right to appeal in the plea agreement). Accordingly, we dismiss the appeal.

**DISMISSED.**